Margaret H. Sprague, Plaintiff-Appellee, v. New York, Chicago and St. Louis Railroad Company, Defendant-Appellant.

Gen. No. 10,212.

Third District.

February 17, 1959.

Released for publication March 5, 1959.

Barger and Brandt, and Pope and Driemeyer (Frank M. Rain, of counsel) for defendant-appellant; Alan M. Wienman, for plaintiff-appellee. Opinion by JUDGE CARROLL. Not to be published in full.